IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sproulls, Johnathan

Printed: 2/26/08

Case Number: 05 B 11264
Judge: Wedoff, Eugene R
Filed: 3/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 10, 2008
Confirmed: June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,740.00 |  |
| Secured: |  | 6,134.93 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 405.07 |
| Other Funds: |  | 0.00 |
| Totals: | 8,740.00 | 8,740.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | Wells Fargo Financial | Secured | 21,114.75 | 6,134.93 |
| 3. | Jefferson Capital | Unsecured | 22.30 | 0.00 |
| 4. | Educational Credit Management Corp | Unsecured | 266.06 | 0.00 |
| 5. | Dept of Housing & Urban Develo | Unsecured | 560.80 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 140.60 | 0.00 |
| 7. | Wells Fargo Financial | Unsecured | 24.86 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 75.82 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 72.50 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Check N Go | Unsecured |  | No Claim Filed |
| 14. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Park Dansan | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 18. | Financing Alternatives | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 24,477.69 | $ 8,334.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 70.35 |
| 5.5% | 179.30 |
| 5% | 32.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sproulls, Johnathan

Printed: 2/26/08

Case Number: 05 B 11264
Judge: Wedoff, Eugene R
Filed: 3/28/05

|  |  |
|---|---|
| 4.8% | 90.48 |
| 5.4% | 32.94 |
|  | _____ |
|  | $ 405.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____